| | |
|---|---|
| **From:** | paul.hakes@hudsonyacht.com |
| **Sent:** | Wednesday, 24 August 2022 4:30 PM |
| **To:** | 'Scott Rocknak' |
| **Cc:** | 'jade wang'; 'hudson-sina'; 'Anna Mao'; 'Seth Hynes' |
| **Subject:** | RE: HH44 28/15P |

Hi Scott

We will have a conversation; this is certainly needed to avoid misinterpreted email tones. I have scheduled calls this week, so suggest Saturday morning my time.

It would be easy to reply directly to this email with "our version", and then we start the "to and fro- he said she said" and it gets out of hand, and wastes everyone's time. I appreciate you writing your version, but please accept that I will refrain from replying with our version.

It does seem our way forward peacefully is going to be separately. So, let's not fool each that we can work hard at the process and can work together, it seems apparent we can't anymore. We have had success together, that has been great, but now let's look at how to separate peacefully and amicably.

Sincerely
Paul Hakes
CEO
Phone   : ▓▓▓▓▓▓▓▓

---

**From:** Scott Rocknak <scott@rocknaks.com>
**Sent:** Wednesday, 24 August 2022 8:06 AM
**To:** hudson-sina ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** jade wang <jade.wang@hudsonyacht.com>; Anna Mao <anna.mao@hudsonyacht.com>; Seth Hynes <seth@hhcatamarans.com>; Hakes paul.hakes <paul.hakes@hudsonyacht.com>
**Subject:** Re: HH44 28/15P

Dear Hudson,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓





I suggest we come to terms on an amicable exit plan. This will include maintaining a good working relationship with HYM as my existing clients continue their build and throughout their warranty periods. It is also time for me to be made whole for my efforts. Efforts you have directly benefited from which can be clearly demonstrated.

If you agree, lets discuss the best way to move forward in a reasonable manner. If you are not in agreement, then you leave me no choice than to protect my interest, and my personal and corporate reputation.

Sincerely,

Scott

On Aug 20, 2022, at 9:02 PM, hudson-sina ▉▉▉▉▉▉▉▉▉▉▉ wrote:

Hi Scott

Seth has been talking to this customer since Feb. We don't know why suddenly he becomes your customer.
Can you show us all your communication with him and tell me why you did not register him.

Thanks,

Hudson

⌘

Scott Rocknak <scott@rocknaks.com> 於 2022年8月18日 上午1:10 寫道：

<AG HH44 28  15P.pdf>